IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: IVANTIS, INC., et al., | ) <br> ) <br> ) | C. A. No.: 23-MC-373-GBW |

**JOINT STATEMENT OF PENDING MATTERS PURSUANT TO LOCAL RULE 81.2**

The Parties hereby submit this report pursuant to Local Rule 81.2 identifying all pending matters which require judicial action. Ivantis, Inc., Alcon Research LLC, Alcon Vision LLC, and Alcon Inc. filed this action in the U.S. District Court for the Northern District of Georgia to compel compliance with a subpoena *duces tecum* to Dr. Reay Brown. That subpoena relates to a case currently pending here in the U.S. District Court for the District of Delaware, *Sight Sciences, Inc. v. Ivantis, Inc. et al.*, C.A. No. 21-1317-GBW-SRF (D. Del.).

The only matter requiring judicial attention in this transferred action is the fully-briefed motion to compel. *See* D.I. 1 (motion); D.I. 30 (response); D.I. 35 (reply); D.I. 36 (transferring matter to the District of Delaware pursuant to Fed. R. Civ. P. 45(f)).

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Melanie K. Sharp* <br> Melanie K. Sharp (No. 2501) <br> James L. Higgins (No. 5021) <br> Taylor E. Hallowell (No. 6815) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> msharp@ycst.com <br> jhiggins@ycst.com <br> thallowell@ycst.com <br><br> *Attorneys for Dr. Reay Brown* <br><br> Dated: August 31, 2023 | */s/ Andrew E. Russell* <br> John W. Shaw (No. 3362) <br> Andrew E. Russell (No. 5382) <br> Nathan Hoeschen (No. 6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> arussell@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon, Inc.* |